NATIONAL LABOR RELATIONS BOARD, Petitioner, v. WESTERN UNION TELEGRAPH COMPANY.

No. 433 Orig.

Circuit Court of Appeals, Eighth Circuit.

March 23, 1939.

Charles Fahey, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Ralph H. Kimball, of New York City, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things, etc., and to take certain affirmative action, etc., on petition for enforcement of order of Labor Board.

NATIONAL LIFE COMPANY, Appellant, v. Paul P. KENDRICK.

No. 11461.

Circuit Court of Appeals, Eighth Circuit.

May 26, 1939.

McVey & Randolph, of Kansas City, Mo., for appellant.

Clay C. Rogers, of Kansas City, Mo., Rubey M. Hulen, of St. Louis, Mo., and Thomas R. Hunt, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, per stipulation of parties.

Mary Stuart NAYLOR, Adm'x, etc., et al., Appellants, v. UNITED STATES DISTRICT COURT FOR THE EASTERN DIVISION OF THE EASTERN DISTRICT OF ARKANSAS, in Equity and In Bankruptcy, et al.

No. 11274.

Circuit Court of Appeals, Eighth Circuit.

June 19, 1939.

S. S. Hargraves, of Forrest City, Ark., and Winstead Johnson, of Memphis, Tenn., for appellants.

Ross Mathis, of Cotton Plant, Ark., and Burk Mann and R. B. McCulloch, both of Forrest City, Ark., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellants but without taxation of statutory attorneys' docket fee in favor of appellees, per stipulation of parties.

Nola NELSON, Appellant, v. EAGLE PICHER LEAD COMPANY et al.

No. 11452.

Circuit Court of Appeals, Eighth Circuit.

March 7, 1939.

N. Murry Edwards, of St. Louis, Mo., for appellant.

John S. Marsalek, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed at cost of appellees but without taxation of statutory attorneys' docket fee, in favor of appellant, per stipulation of parties.